## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:05cv205

| | | |
|---|---|---|
| **SUSAN CAROL FISHER, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **MERCK & CO., INC., a foreign corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

     **THIS MATTER** is before the court on defendant's Motion to Stay All Proceedings Pending Transfer Decision by th Judicial Panel on Multidistrict Litigation.  Having considered defendant's motion and reviewed the pleadings, and it appearing that plaintiff consents and that good and adequate cause has been shown for the proposed relief, the court enters the following Order.


## ORDER

     **IT IS, THEREFORE, ORDERED** that defendant's Motion to Stay All Proceedings Pending Transfer Decision by th Judicial Panel on Multidistrict Litigation (#6) is **GRANTED,** and all proceedings in this action are **STAYED** pending the transfer decision of the Judicial Panel on Multidistrict Litigation.

**Signed: June 2, 2005**

Dennis L. Howell
United States Magistrate Judge